764 A.2d 18

Peter Todd KIEBORT, Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

Jan. 5, 2001.

Timothy P. Wile, Asst. Counsel In-Charge, Harold H. Cramer, Asst. Chief Counsel, Andrew S. Gordon, Chief Counsel, Paul A. Tufano, General Counsel, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 5th day of January, 2001, the Petition for Allowance of Appeal is hereby granted, the order of the Commonwealth Court is reversed, and this case is remanded for proceedings consistent with *Commonwealth of Pennsylvania, Dept. of Transp. v. McCafferty*, 563 Pa. 146, 758 A.2d 1155 (2000).